IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEANN F. SEXTON, | ) |
|               Plaintiff, | ) ) ) |
| vs. | ) ) |
| BAKER & MILLER, P.C., | ) ) |
|               Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1. Plaintiff Leann F. Sexton brings this action to secure redress from unlawful collection practices engaged in by defendant Baker & Miller, P.C. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue and personal jurisdiction in this District are proper because defendant is located in this District and all events at issue occurred in this District.

### PARTIES

4. Plaintiff Leann F. Sexton is an individual who resides in the Northern District of Illinois.

5. Defendant Baker & Miller, P.C. is a law firm organized as an Illinois corporation with offices at 29 N. Wacker Dr., 5th floor, Chicago, IL 60606.

6. Baker & Miller, P.C. regularly uses the mails and telephone to collect consumer debts originally owed to others.

7. Baker & Miller, P.C. is a debt collector as defined in the FDCPA.

## FACTS

8. Defendant has been attempting to collect from plaintiff an alleged Discover credit card debt. Any such debt would have been incurred for personal, family or household purposes and not for business purposes.

9. On May 22, 2012, defendant sent plaintiff the collection letter attached as Exhibit A.

10. A judgment had been entered against Ms. Sexton on March 1, 2012, but on March 22, 2012, an order was entered vacating the judgment and setting the case for status on May 31, 2012. (Exhibit B)

11. The order vacating the judgment was prepared by Baker & Miller.

12. On May 31, 2012, the case was set for trial on September 13, 2012. (Exhibit C)

## COUNT I – FDCPA

13. Plaintiff incorporates paragraphs 1-11.

14. Exhibit A contained false statements, in violation of 15 U.S.C. §§1692e, 1692e(2) and 1692e(10).

15. 15 U.S.C. §1692e provides:

**§ 1692e. False or misleading representations**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

    **(2)	The false representation of--**

        **(A)	the character, amount, or legal status of any debt; . . .**

**. . . (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

      (1)    Statutory damages;

      (2)    Attorney's fees, litigation expenses and costs of suit;

      (3)    Such other and further relief as the Court deems proper.

          s/ Daniel A. Edelman
          Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Zachary A. Jacobs
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)