# EXHIBIT A

# BAKER & MILLER, P.C.  ATTORNEYS AT LAW
29 N. Wacker Drive, Suite 500 Chicago, IL 60606-2854 Phone:(312)541-4100 Fax:(312)541-4125 Email: info@bakermillerlaw.com



May 22, 2012

LEANN F SEXTON

RE: DISCOVER BANK
OUR FILE NO: 11-01881

Dear LEANN F SEXTON:

As you know, judgment was entered against you on March 1, 2012. The balance due as of this date is $11,033.86.

Further interest may accrue on this claim at the statutory rate for judgments.

It would be to your definite advantage to pay this judgment now to avoid additional action and the possible further accrual of interest. A release cannot be issued to you until final payment is received by us. If you are unable to pay the full amount now you may contact us to arrange payment over a reasonable time period.

Payments and all communications relating to this debt must be to this office.

**IMPORTANT NOTICE:** This law firm is engaged in the collection of debts. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Very truly yours,

Ms. King 312/698-7205
Non-Attorney Account Rep.

11-01881 DDJN

