# EXHIBIT B

Order/Trial Call (This form replaces CCM1-0643) (8/09/04)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
1st MUNICIPAL DISTRICT

Discover Bank
v.
Sexton

LINE NO. ___
No. 11 M1 13678

## TRIAL CALL ORDER

Present before the Court: ☐ Plaintiff(s) ☒ Defendant(s) ☒ Plaintiff(s)' Counsel ☐ Defendant(s)' Counsel

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,
IT IS HEREBY ORDERED:

- 4213 ☐ Alias Summons to Issue for _____
- 4292 ☐ Amended Complaint or Petition - Allowed _____
- 4295 ☐ Close Discovery - Allowed _____
- 4235 ☐ File Counterclaim or Cross Complaint - Allowed _____
- 4234 ☒ File Appearance or Jury Demand Answer or Plead Allowed within 35 days
- 4219 ☐ Defendant _____ is defaulted, cause set for
- 4247 ☐ PROVE-UP on _____, at _____ a.m./p.m.
- 4406 ☒ Set for STATUS. All parties must appear 5/31/12 at 9:30 a.m. in Room 1106
- 4482 ☐ Set for TRIAL on _____, at _____ m. in Room _____
- 8005 ☐ Case Dismissed for Want of Prosecution
- 8011 ☐ Case Dismissed by Agreement of Parties/No Cost ☐ With ☐ Without Prejudice
- 8031 ☐ X-Parte Default Judgment for Plaintiff for $ _____ v. _____ (Defendant)
- 8001 ☐ Judgment for Plaintiff after trial for $ _____ with costs assessed v. _____ (Defendant)
- 4293 ☐ Assess Costs - Allowed
- 8002 ☐ Judgment for Defendant _____ after trial
- 9207 ☐ it being further agreed that installment payments be made as follows: the judgment of 3/1/12 is vacated, the motion to quash is denied. Plaintiff to send a copy of the complaint within 7 days
- ( ) _____
- 9208 ☐ Order Final and Appealable
- ( ) ☐ See Attached Order: _____
- 4304 The date of _____ is hereby stricken.

Atty. No. 0077
Name: Blatt ___
Atty. for: Plaintiff
Address: ___ N. Jackson Suite 500
City/State/Zip: Chicago, IL 60606
Telephone: (312) ___

ENTERED:

Judge Sheryl A. Pethers

Dated: MAR 22 2012

Circuit Court – 1893
Judge    Judge's No.