# EXHIBIT C

ORDER/TRIAL CALL (This form replaces CCM1 0643)        (Rev.5/21/99) CCM 0346

PTCO
11-01881

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

1106

LINE NO. 4

DISCOVER BANK, A DELAWARE
BANKING CORPORATION
    Plaintiff,
v.
LEANN F SEXTON

    Defendant(s).

No. 11 M1 136781

## TRIAL CALL ORDER

Present before the court: [ ] Plaintiff(s)   [ ] Defendant(s)   [X] Plaintiff(s)' Counsel   [ ] Defendant(s)' Counsel

THIS MATTER having come before the court, the court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED that the motion:

4213 [ ] Alias Summons to Issue for_____

4292 [ ] File Amended Complaint_____

4295 [ ] Take and Complete Discovery By_____

4235 [ ] File Counterclaim_____

4234 [ ] File Appearance/Jury Demand (strike Jury Demand if not allowed)_____
4234 [ ] Answer or to otherwise plead within_____days.

4219 [ ] Defendant_____is defaulted; cause set for

4247 [ ] PROVE-UP on_____,20____ at_____ a.m./p.m.

4482 [ ] Set for STATUS on_____,20____ at 9:30 a.m. in Room 11_____

4482 [X] Set for TRIAL on 9/13 ,20 12 at 9:30 a.m. in Room 11 06

8005 [ ] Case Dismissed for Want of Prosecution.

8011 [ ] Case Dismissed by Agreement of Parties/No Cost [ ] With [ ] Without Prejudice.

4219 [X] X-Parte Default Judgment for Plaintiff for $ 10,477.19 v. LEANN F SEXTON,
8001

4293 [ ] with costs assessed.

8001 [ ] Judgment for Plaintiff after trial for $_____ with costs assessed v._____

8002 [ ] Judgment for Defendant $_____after trial.

8001 [ ] Judgment is entered by agreement for $_____ v._____

9207 [ ] it being further agreed that installment payments be made as follows: Defendant agrees to pay Plaintiff $_____ plus court costs at a rate of $_____ per month, first payment to be received by_____ Plaintiff's attorneys no later than_____ and on the same day each month thereafter until the balance $_____ is paid in full. Should defendant fail to so pay, plaintiff may vacate the installment portion of this order. This Court retains jurisdiction of this matter to enforce its terms.

9208 [ ] The Court finds no just reason for delay in enforcement or appeal of this judgment.
( ) [ ] See Attached Order:_____

Atty. No. 00786
BAKER & MILLER, P.C.
Attorneys for Plaintiff

29 N. Wacker Drive - Suite 500
Chicago, Illinois 60606
Phone: 312/541-4100



DATED:
ENTER:

Judge Cynthia Y Cobbs
MAY 31 2012
Circuit Court - 2062

Judge      Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS